147 So. 919

**W. A. GOREE v. R. B. COLLIER et al.**

5 Div. 124.

Supreme Court of Alabama.

April 13, 1933.

PER CURIAM.

Appeal dismissed by appellant.

147 So. 920

**N. J. GRAFFO v. H. P. HEFLIN, Judge.**

6 Div. 362.

Supreme Court of Alabama.

April 20, 1933.

Fort, Beddow & Ray, of Birmingham, for petitioner.

PER CURIAM.

Writ denied. State ex rel. Shirley v. Lutz et al., ante, p. 497, 147 So. 429; Gardner v. Michigan, 199 U. S. 325, 26 S. Ct. 106, 50 L. Ed. 212.

ANDERSON, C. J., and GARDNER, BOULDIN, and FOSTER, JJ., concur.

147 So. 920

**Charles C. GREER, Supt. of Ins. v. Tom BOONE, Jr., et al.**

3 Div. 46.

Supreme Court of Alabama.

March 23, 1933.

PER CURIAM.

Appeal dismissed.

147 So. 920

**Isabel HICKS et al. v. Lorenza OLIVER.**

5 Div. 129.

Supreme Court of Alabama.

April 11, 1933.

PER CURIAM.

Appeal dismissed.

147 So. 920

**Ex parte Julia Murray JOHNSON, pro ami.**

6 Div. 208.

Supreme Court of Alabama.

April 27, 1933.

Sam R. Hartley and Ernest Matthews, both of Birmingham, for petitioner.

PER CURIAM.

Petition dismissed by petitioner.

147 So. 920

**Joe LEWIS et al. v. Florence WILLIAMS.**

1 Div. 754.

Supreme Court of Alabama.

April 4, 1933.

PER CURIAM.

Appeal dismissed by appellants.

147 So. 920

**J. H. LINCH et al. v. J. B. STUART et al.**

1 Div. 739.

Supreme Court of Alabama.

April 6, 1933.

PER CURIAM.

Appeal dismissed for want of prosecution.